IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA DEL VALLE, RICKEY REID, and JEANNE BLAKENSHIP,<br><br>    Plaintiffs,<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC.<br><br>    Defendant. | Case No. 3:03-1168<br>JUDGE TRAUGER |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant BellSouth Telecommunications, Inc. (Docket No. 48) is **GRANTED**. All claims of plaintiffs Rebecca Del Valle, Rickey Reid, and Jeanne Blakenship are hereby **DISMISSED**.

It is so ordered.

Enter this 14th day of July, 2005.

_____
ALETA A. TRAUGER
United States District Judge